1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10   Sophia Williams, Individually and        )   **Case No.:  5:20-cv-00674-JGB-SHKx**
11   on behalf of all others similarly         )
     situated,                                 )
12                                             )   **ORDER GRANTING VOLUNTARY**
                                               )   **DISMISSAL OF ACTION WITH**
13                  Plaintiff,                 )   **PREJUDICE AS TO THE NAMED**
                                               )   **PLAINTIFF AND**
14   v.                                        )   **WITHOUT PREJUDICE AS TO**
                                               )   **THE PUTATIVE CLASS**
15                                             )
16   Law Office of Tary C. Loomis-             )
     Therrien,                                 )   **HON. JESUS G. BERNAL**
17                                             )
                    Defendant.                 )
18

19

20          Based upon the Notice of Voluntary Dismissal, and good cause, this Court

21   hereby orders the action to be, and is, dismissed with prejudice as to the named

22   Plaintiff and without prejudice as to the Putative Class.

23

24   IT IS ORDERED.

25

26   Dated: August 21, 2020

27                                              **HON. JESUS G. BERNAL**
                                                UNITED STATES DISTRICT JUDGE
28